STATE, RESPONDENT, *v.* MILLER ET AL., APPELLANTS.

(No. 3,390.)

(Submitted May 28, 1914. Decided June 17, 1914.)

[141 Pac. 860.]

(For syllabus, see *State* v. *Groom, ante,* p. 354.)

*Appeal from District Court, Rosebud County; George Pierson, Judge.*

ALFRED MILLER and Otto Peterson, convicted of crime, appealed from the judgment of conviction and an order denying them a new trial. Reversed and remanded.

*Messrs. Loud, Collins, Brown, Campbell & Wood* and *Mr. Braz D. Tull,* for Appellants, submitted a brief; *Mr. Chas. H. Loud* argued the cause orally.

*Mr. D. M. Kelly,* Attorney General, and *Mr. Chas. S. Wagner,* Assistant Attorney General, for Respondent, submitted a brief; *Mr. Wagner* argued the cause orally.

MR. JUSTICE HOLLOWAY delivered the opinion of the court.

The facts in this case are identical with those presented upon the challenge to the panel in *State* v. *Groom, ante,* p. 354, 141 Pac. 858, just decided, and, upon the authority of that case, the judgment and order denying defendants a new trial are reversed and the cause is remanded for a new trial.

*Reversed and remanded.*

MR. CHIEF JUSTICE BRANTLY and MR. JUSTICE SANNER concur.